IN The
TEXAS COURT OF CRIMINAL Appeals

| | | |
|---|---|---|
| Oscar Hernandez | § | Trial court Cause No. |
| Appellant | § | 17,690 cherokee county, Texas |
| V. | § | |
| The state of Texas | § | TyLeR court of Appeals |
| Appellee | § | case number 12-13-00260-CR |

Appellant HerNandez first motion for extension of
time to file petition for Discretionary Review

TO the HovoRABLE Justices of said court!
comes now oscar HerNandez, Appellant pro se, and files
this motion for an extesion of sixty (60) days in which To file
a petition for Discretionary Review (pDR). In support thereof,
he shows the following:

I.

Appellant was convicted in the 2nd District court of cherokee
county, Texas for the offense of continuous sexual abuse
of a chid under fourteen in trial cause No. 17,690, The state
of Texas V. oscar Hernandez. Appellant appealed to the
TyLer court of appeals (Appellate case number 12-13-00260-CR.

II.

The present deadline for filing the pDr is June 29th, 2015;
the TyLeR court of Appeals affirmed on may 29th, 2015.

III.

Appellant's request for an extension is based on (1) Appellant
not being informed about the court of appeals affirming
The case until 5-29, 2015, (2) Appellant's attempt, since learning
about the court of appeals decision, to gain Legal representation
for his PDR since, (3) mr. sten M. Langsjoen (Appellant's appellate
counsel) informed appellant that he will not represent
Appellant on the PDR.
Therefore, Appellant prays this court grants ~~this court~~ and
extend the deadline for filing the PDI i
i espectfully submitted.

_Oscar Hernandez_
oscar Hernandez #1873322
michael unit

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

2664 FM 2054
Tennessee colony, Texas 75886
  pro se


## INMATE'S DECLARATION

I oscar Hernandez, TDCJ-CID#01873322, being presently
incarcerated on the michael unit of the Texas Department
of criminal Justice in Anderson county, Texas, verify and
declare under penalty of perjury that the foregoing
statements are true and correct. Executed on this
the 11 day of June, 2015.

Oscar Hernandez
Oscar Hernandez


## certificate of service

I oscar Hernandez, TDCJ#01873322, certify that a true
and correct copy of the foregoing pleading was placed
in the mailbox on the michael unit, postage pre-paid, and
addressed To:

Cherokee county District Attorney
ms. Rachel L. Patton
cherokee county courthouse
 P.o. Box 450
Rusk, TX 75785

Oscar Hernandez
Oscar Hernandez
June 11, 2015